## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## SPARTANBURG DIVISION

| | |
|---|---|
| Cox House Moving, Inc., on behalf of itself and all other similarly situated, ) ) ) | Civil Action No.: 7:06-cv-1218-HMH |
| Plaintiff, ) ) ) | |
| v. ) ) | **FORD MOTOR COMPANY'S MOTION TO DISMISS** |
| Ford Motor Company, ) ) ) | |
| Defendant. ) ) | |

Defendant Ford Motor Company ("Ford"), by and through its undersigned counsel, hereby moves the Court for an Order dismissing Plaintiff's claims, in their entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in greater detail in its Memorandum in Support of Motion to Dismiss, filed contemporaneously herewith, Ford's Motion is based upon the following grounds:

1. Plaintiff's Complaint fails to state a claim for breach of express warranty;

2. Plaintiff's Complaint fails to state a claim for breach of implied warranty;

3. Plaintiff's Complaint fails to state a claim for negligence, gross negligence, or recklessness; and

4. Plaintiff's request for a recall is preempted.

For these reasons, as discussed more fully in its Memorandum in Support of Motion to Dismiss, Ford respectfully requests that this Motion be granted and that Plaintiff's claims be dismissed in their entirety and with prejudice.

**[Signature page to follow.]**

                                        Respectfully submitted,

May 31, 2006                   By:    s/Carmelo B. Sammataro
                                                Elbert S. Dorn (Fed. ID# 4895)
                                                Carmelo B. Sammataro (Fed. ID# 9174)
                                                TURNER, PADGET, GRAHAM & LANEY, P.A.
                                                Post Office Box 1473
                                                Columbia, SC 29202
                                                EDorn@TurnerPadget.com
                                                SSammataro@TurnerPadget.com
                                                Phone: (803) 254-2200
                                                Fax: (803) 799-3957

                                                Brian C. Anderson
                                                William R. Nifong
                                                O'MELVENY & MYERS
                                                1625 Eye Street, N.W.
                                                Washington, D.C.  20006
                                                Phone:  (202) 383-5300

                                                **ATTORNEYS FOR DEFENDANT**