

Your satisfaction is our #1 goal. If you have questions or concerns with your vehicle, we suggest you follow these steps:

1. Contact your Sales Representative or Service Advisor at your selling/servicing dealership.
2. If the inquiry or concern remains unresolved, contact the Sales Manager or Service Manager at the dealership.
3. If the inquiry or concern cannot be resolved at the dealership level, please contact the Ford Customer Relationship Center.

In the United States:

> **Ford Motor Company**
> **Customer Relationship Center**
> **16800 Executive Plaza Drive**
> **P.O. Box 6248**
> **Dearborn, MI 48121**
> **1-800-392-3673 (FORD)**
> **TDD for hearing impaired:**
> **1-800-232-5952**

In Canada:

> **Ford Motor Company**
> **of Canada, Limited**
> **Customer Relationship Centre**
> **P.O. Box 2000**
> **Oakville, Ontario L6J 5E4**
> **1-800-565-3673 (FORD)**

In Caribbean, Central America, Israel and Sub-Saharan Africa:

> **Ford Motor Company**
> **Worldwide Direct Market Operations**
> **Attention: Owner Relations**
> **1555 Fairlane Drive**
> **Fairlane Business Park #3**
> **Allen Park, MI 48101**
> **Telephone: (313) 594-4857**
> **Fax: (313) 390-0804**
> **E-mail: wdmocac@ford.com**

In Puerto Rico and Virgin Islands:

> **Ford Motor Company**
> **Caribbean Inc.**
> **P.O. Box 11957**
> **Caparra Heights Station**
> **San Juan, PR 00922-1957**
> **Telephone: (787) 782-5959**
> **Fax: (787) 781-8975**
> **E-mail: prcac@ford.com**

In Middle East & North Africa:

> **Ford Middle East & North Africa**
> **Customer Relationship Center**
> **API World Tower 17th Floor**
> **Sheikh Zayed Road**
> **Dubai, United Arab Emirates**
> **Telephone: 971-4-3326084**
> **Fax: 971-4-3327299**
> **E-Mail: menacac@ford.com**

## Table of Contents

1. INTRODUCTION                                                                1

2. IMPORTANT INFORMATION YOU SHOULD
   KNOW                                                                        2

   If You Need Customer Assistance                                            2

   Know When Your Warranty Begins                                            2

   Check Your Vehicle                                                         2

   Maintain Your Vehicle Properly                                            2

   Who Pays For Warranty Repairs?                                            3

   Do Warranties Apply In Other Countries?                                   3

3. THE NEW VEHICLE LIMITED WARRANTY FOR
   YOUR 2004-MODEL VEHICLE                                                    4

   Quick Reference: Warranty Coverage                                        5

   What Is Covered?                                                           5

   Bumper To Bumper Coverage                                                 5

   Safety Restraint Coverage                                                 6

   Corrosion Coverage                                                        6

   6.0L/7.3L PowerStroke® Diesel Engine Coverage                            7

   What Is Not Covered?                                                       7

4. IN ADDITION ...                                                            10

   Roadside Service Assistance (United States, Pu-
   erto Rico, And U.S. Virgin Islands)                                       10

5. FEDERAL REQUIREMENTS FOR EMISSIONS
   WARRANTIES                                                                 11

   Quick Reference: Emissions Warranty Coverage                             11

Emissions Defect Warranty Coverage — 12

Emissions Performance Warranty Coverage — 12

What Is Covered? — 13

What Is Not Covered? — 14

6. CALIFORNIA REQUIREMENTS FOR EMISSIONS WARRANTIES — 15

Quick Reference: Emissions Warranty Coverage — 15

Explanation Of California Emissions Warranties — 16

What Is Covered? — 18

What Is Not Covered? — 20

7. ADDITIONAL INFORMATION ABOUT YOUR EMISSIONS WARRANTY COVERAGE, UNDER FEDERAL AND CALIFORNIA REQUIREMENTS — 21

8. NOISE EMISSIONS WARRANTY — 24

9. FORD EXTENDED SERVICE PLAN — 25

10. DISPUTE SETTLEMENT BOARD — 26

11. STATE WARRANTY ENFORCEMENT LAWS — 27

12. IMPORTANT INFORMATION ABOUT AMBULANCE CONVERSIONS — 28

13. IMPORTANT INFORMATION ABOUT LIMOUSINE CONVERSIONS — 28

# 1. Introduction

**Ford Motor Company** and your selling dealer thank you for selecting one of our quality products. Our commitment to you and your vehicle begins with quality protection and service.

When you need warranty repairs, your selling dealer would like you to return to it for that service, but you may also take your vehicle to another Ford Motor Company dealership authorized for warranty repairs. Certain warranty repairs require special training though, so not all dealers are authorized to perform all warranty repairs. That means that, depending on the warranty repair needed, the vehicle may need to be taken to another dealer. If a particular dealership cannot assist you, then contact the Customer Relationship Center at 1-800-392-3673.

If you own or lease a 2004-model E-350 Livery Van equipped with the Livery Service Package, refer to the Addendum Card that was given to you when you took delivery of your truck for further explanation of amendments to the New Vehicle Limited Warranty.

This booklet explains in detail the warranty coverages that apply to your 2004-model car or light truck. If you bought a previously owned 2004-model vehicle, you are eligible for any remaining warranty coverages. Ford Motor Company provides the **Emissions Defect Warranties** and **Emissions Performance Warranties** which cover your emissions control systems, and **Noise Emissions Warranty** which applies only to medium/heavy duty trucks over 10,000 pounds Gross Vehicle Weight Rating (pages 11-24).

Ford Motor Vehicle Assurance Company (a subsidiary of Ford Motor Company, The American Road, Dearborn, MI 48121) provides the New Vehicle Limited Warranty (pages 4-7), except that Ford Motor Company provides the New Vehicle Limited Warranty in Alaska, Illinois, Louisiana, Minnesota, Montana, New Hampshire, New Jersey, New York, South Dakota, Vermont, Virginia, Washington, West Virginia, Wisconsin. This list is accurate as of the publishing date of this guide. If you are interested in verifying the warranty provider for your vehicle, please call the Customer Relationship Center at 1-800-392-3673. Where it is the warranty provider, Ford Motor Vehicle Assurance Company will use Ford Motor Company as its agent. The warranty coverage you receive and your dealer's handling of any warranty-covered repair will be the same regardless of the warranty provider.

1

## 2. Important information you should know

**IF YOU NEED CUSTOMER ASSISTANCE**

Your Ford Motor Company dealer is available to assist you with all your automotive needs. Please follow the procedures outlined on the front page of this booklet.

In addition, if you are an eligible U.S. owner, you may use - at no cost - the services of the Dispute Settlement Board. The Board is a panel of impartial individuals who resolve disputes. For details, see **Dispute Settlement Board**, page 26 or call 1-800-428-3718.

**KNOW WHEN YOUR WARRANTY BEGINS**

Your **Warranty Start Date** is the day you take delivery of your new vehicle or the day it is first put into service (for example, as a dealer demonstrator), whichever occurs first.

**CHECK YOUR VEHICLE**

We try to check vehicles carefully at the assembly plant and the dealership, and we usually correct any damage to paint, sheet metal, upholstery, or other appearance items. But occasionally something may slip past us, and a customer may find that a vehicle was damaged before he or she took delivery. If you see any damage when you receive your vehicle, notify your dealership within one week.

**MAINTAIN YOUR VEHICLE PROPERLY**

Your glove compartment contains an **Owner Guide** and a **Scheduled Maintenance Guide** which indicate the scheduled maintenance required for your vehicle. Proper maintenance guards against major repair expenses resulting from neglect or inadequate maintenance, may help increase the value you receive when you sell or trade your vehicle, and is important in allowing your vehicle to comply with applicable emissions standards.

It is your responsibility to make sure that all of the scheduled maintenance is performed and that the materials used meet Ford engineering specifications. Failure to perform scheduled maintenance as specified in the Service Guide will invalidate warranty coverage on parts affected by the lack of maintenance. Make sure that receipts for completed maintenance work are retained with the vehicle and confirmation of maintenance work is always entered in your **Scheduled Maintenance Guide**.

2

Your Ford or Lincoln Mercury dealership, or Ford or Lincoln Mercury Auto Care Service Center, has factory-trained technicians who can perform the required maintenance using genuine Ford parts. The dealership looks forward to meeting your every service need to maximize your satisfaction with your vehicle.

**WHO PAYS FOR WARRANTY REPAIRS?**

You will not be charged for covered warranty repairs made during the warranty periods for Bumper to Bumper, Safety Restraint, Corrosion, or Emissions Coverage.

Some states have mandated alternate time coverage periods for parts of your vehicle (e.g. seatbelts).

Some states and/or local governments may require a tax on a portion of warranty repairs. Where applicable law allows, the tax must be paid by you, the owner of the vehicle.

During the Bumper to Bumper Warranty period, dealers may receive instructions to provide no-cost, service-type improvements - not originally included in your Scheduled Maintenance Guide - intended to increase your overall satisfaction with your vehicle.

Sometimes Ford may offer a special adjustment program to pay all or part of the cost of certain repairs beyond the terms of the applicable warranty. Check with your dealer or call **1-800-392-3673 (FORD)** to learn whether any adjustment program is applicable to your vehicle. Please have your vehicle identification number available.

**DO WARRANTIES APPLY IN OTHER COUNTRIES?**

The **New Vehicle Limited Warranty** and the **Emissions Warranties** described in this booklet apply to your vehicle if:

- it was originally purchased through the Ford Worldwide Direct Marketing Operations Military Sales Program; or
- it was originally sold or leased by Ford Motor Company or one of its dealers in the United States or U.S Federalized Territories, and it was originally registered/licensed and operated in the United States, U.S. Federalized Territories, or Canada.

If you meet either of these two requirements, you do have warranty coverage when you travel with this vehicle outside the United States, U.S. Federalized Territories, or Canada. In some cases, however, you may have to pay the servicing Ford dealer in a foreign country or U.S. Federalized Territory for a repair that is covered under the U.S. warranty. If this happens, be sure to save the paid repair order or invoice. You should present this document to a U.S. Ford Motor Company dealer for warranty refund consideration. Refer to www.Ford.com for additional customer assistance reference information.

**3**

## 3. The new vehicle limited warranty for your 2004-model vehicle

Your NEW VEHICLE LIMITED WARRANTY gives you specific legal rights. You may have other rights that vary from state to state. The New Vehicle Limited Warranty is the only express warranty applicable to your vehicle. Neither Ford or Ford Motor Vehicle Assurance Company assumes nor authorizes anyone to assume for it any other obligation or liability in connection with your vehicle or this warranty.

Ford, Ford Motor Vehicle Assurance Company and your dealer are not responsible for any time that you lose, for any inconvenience you might be caused, for the loss of your transportation, or for any other incidental or consequential damages you may have.

You may have some implied warranties. For example, you may have:

- an implied warranty of merchantability (that the car or light truck is reasonably fit for the general purpose for which it was sold); or
- an implied warranty of fitness for a particular purpose (that the car or light truck is suitable for your special purposes).

These implied warranties are limited, to the extent allowed by law, to the time period covered by the written warranties, or to the applicable time period provided by state law, whichever period is shorter.

Some states do not allow Ford or Ford Motor Vehicle Assurance Company to limit how long an implied warranty lasts or to exclude or limit incidental or consequential damages, so the limitation and exclusions described above may not apply to you.

---

**NOTE:** This information about the limitation of implied warranties and the exclusion of incidental and consequential damages under the **NEW VEHICLE LIMITED WARRANTY** also applies to the **EMISSIONS WARRANTIES** described on pages 11–24.

**NOTE:** If you are an eligible U.S. owner and have a warranty concern unresolved by your dealer, you may use the services of the Dispute Settlement Board (see page 26).

4

## QUICK REFERENCE: WARRANTY COVERAGE

This chart gives a general summary of your warranty coverage provided by Ford Motor Company or Ford Motor Vehicle Assurance Company under the **New Vehicle Limited Warranty.** Please refer to the description of warranty coverage for more specific information.

For each type of coverage, the chart shows two measures:

- years in service
- miles driven

### Your New Vehicle Limited Warranty



The measure that occurs first determines how long your coverage lasts. For example: Your Bumper to Bumper Coverage lasts for three years - unless you drive more than 36,000 miles before three years elapse. In that case, your coverage ends at 36,000 miles.

For more details on coverage, see:

➡ **What is Covered?** (pages 5-7)

➡ **What is Not Covered?** (pages 7-9)

## WHAT IS COVERED?

The New Vehicle Limited Warranty coverage is provided by Ford Motor Company or Ford Motor Vehicle Assurance Company, a subsidiary of Ford Motor Company. These coverages include Bumper to Bumper coverage, Safety Restraint coverage, Corrosion coverage, and 6.0L/7.3L Power-Stroke® Diesel Engine coverage.

### Bumper To Bumper Coverage

Under your New Vehicle Limited Warranty, Bumper to Bumper Coverage begins at the warranty start date and lasts for three years or 36,000 miles, whichever occurs first. During this coverage period, authorized Ford Motor Company dealers will repair, replace, or adjust all parts on your vehicle that are defective in factory-supplied materials or workmanship. Items or conditions that are not covered by the New Vehicle Limited Warranty are described on pages 7-9.

5

Two separate warranties apply to tires on your new vehicle. The new Vehicle Limited Warranty provides no-cost coverage for tire repairs, replacements, or adjustments due to defects in factory-supplied materials or workmanship during the Bumper to Bumper Coverage period. The tire manufacturer also provides you with a separate tire warranty that may extend beyond the Bumper to Bumper Coverage period. You will find the manufacturer's tire warranty with the owner literature supplied with your vehicle.

During the Bumper to Bumper Coverage period, your authorized Ford Motor Company dealer has the desire to ensure your complete satisfaction at no out-of-pocket cost to you. In addition, you have the option of having a tire warranty repair performed by the tire manufacturer's authorized service center. If you go to a tire service center during the Ford Bumper to Bumper Coverage period for a covered repair (replacement or adjustment), you may be charged a prorated amount for wear or other charges. If so, you should present your paid invoice detailing the nature of the charges to any Ford Motor Company dealership for refund consideration.

When making warranty repairs on your vehicle, the dealer will use Ford or Motorcraft parts or remanufactured or other parts that are authorized by Ford. In certain instances, Ford may authorize repairs at other than Ford dealer facilities. Tire replacements under warranty will be made with the same brand and model as originally equipped with the vehicle unless the same brand and model is no longer available, in which case a tire of the same brand, size, load, speed and tread type will be used. In some circumstances, Ford may authorize another brand and/or model to substitute for the original brand and model, even if still available.

**Safety Restraint Coverage**

Under your New Vehicle Limited Warranty, Safety Restraint Coverage begins at the warranty start date and lasts for five years or 50,000 miles, whichever occurs first.

During this coverage period, Ford Motor Company or Ford Motor Vehicle Assurance Company warrants your vehicle's safety belts and air bag Supplemental Restraint System (SRS) against defects in factory-supplied materials or workmanship.

**Corrosion Coverage**

Under your New Vehicle Limited Warranty, Corrosion Coverage begins at the warranty start date and covers body sheet metal panels against corrosion due to a defect in factory-supplied materials or workmanship. Corrosion coverage (which lasts for 5 years, regardless of miles driven) only applies if the corrosion causes perforation (holes) in body sheet metal panels.

If corrosion does not cause perforation (holes), and is not the result of usage and/or environmental conditions, paint damage is covered under the terms of the Bumper to Bumper Warranty (3 years or 36,000 miles, whichever occurs first).

6

For damage caused by airborne material (environmental fallout) - where there is no factory-related defect involved and therefore no warranty - our policy is to cover paint damage due to airborne material for 12 months or 12,000 miles, whichever occurs first.

### 6.0L/7.3L PowerStroke® Diesel Engine Coverage

The New Vehicle Limited Warranty covers certain direct injection diesel engine components against defects in factory-supplied materials or workmanship for five years after the warranty start date or 100,000 miles, whichever occurs first.

After the end of the Bumper to Bumper Coverage period (three years or 36,000 miles, whichever occurs first), you must pay a $100 deductible for each repair visit.

Ford Motor Company or Ford Motor Vehicle Assurance Company covers these components: cylinder block, heads and all internal parts, intake and exhaust manifolds, timing gear, harmonic balancer, valve covers, oil pan and pump, water pump, fuel system (excluding fuel lines and fuel tank), high pressure lines, gaskets and seals, glow plugs, turbocharger, powertrain control module, electronic driver unit, injectors, injection pressure sensor, high pressure oil regulator, exhaust back pressure regulator and sensor, camshaft position sensor, accelerator switch.

**NOTE:** Some components may also be covered by the Emissions Warranties, with no deductible. For more information, see pages 11-24.

### WHAT IS NOT COVERED?

**Damage Caused By:**
- accidents, collision or objects striking the vehicle (including driving through a car wash)
- theft, vandalism, or riot
- fire or explosion
- using contaminated or improper fuel/fluids
- customer-applied chemicals or accidental spills
- driving through water deep enough to cause water to be ingested into the engine
- misuse of the vehicle, such a driving over curbs, overloading, racing or using the vehicle as a stationary power source

### Damage Caused by Alteration or Modification

The New Vehicle Limited Warranty does not cover any damage caused by:
- alterations or modifications of the vehicle, including the body, chassis, or components, after the vehicle leaves the control of Ford Motor Company

7

- tampering with the vehicle, tampering with the emissions systems or with the other parts that affect these systems (for example, but not limited to exhaust and intake systems)
- the installation or use of a non-Ford Motor Company part (other than a "certified" emissions part) or any part (Ford or non-Ford) designed for "off-road use only" installed after the vehicle leaves the control of Ford Motor Company, if the non-Ford part fails or causes a Ford part to fail. Examples include, but are not limited to lift kits, oversized tires, roll bars, cellular phones, alarm systems, automatic starting systems and performance-enhancing powertrain components

**Damage Caused by Use and/or the Environment**

The New Vehicle Limited Warranty does not cover surface rust, deterioration and damage of paint, trim, upholstery, and other appearance items that result from use and/or exposure to the elements. You, as the owner, are responsible for these items. Some examples are:

- dings, dents
- cuts, burns, punctures or tears
- road salt
- tree sap, bird and bee droppings
- windstorm, lightening, hail
- earthquake
- freezing, water or flood
- stone chips, scratches (some examples are on paint and glass)
- windshield stress cracks. However, limited coverage on windshield stress cracks will be provided for the first 12 months in service, regardless of miles driven, even though caused by use and/or exposure to the elements.

**Maintenance/Wear**

The New Vehicle Limited Warranty does not cover: (1) parts and labor needed to maintain the vehicle; and (2) the replacement of parts due to normal wear and tear. You, as the owner, are responsible for these items. See your Scheduled Maintenance Guide. Some examples of maintenance and normal wear are:

- oil changes
- oils, lubricants, other fluids
- oil/air filters
- tire rotation
- cleaning/polishing
- clutch linings
- Wiper blades
- Wheel alignments and tire balancing
- Brake pad/lining

Some maintenance and wear items have limited coverage, as follows:

- wiper blade replacements are not covered beyond 12 months in service, regardless of miles driven

8

- wheel alignments and tire balancing (unless required by a warranty repair) are not covered beyond 12 months or 12,000 miles, whichever occurs first

- Brake pad/lining replacements are not covered beyond 12 months or 18,000 miles, whichever occurs first

## Tire Wear or Damage

The New Vehicle Limited Warranty does not cover normal wear or worn-out tires. Tires will not be replaced (unless required by a warranty repair) for wear or damage including:

- tire damage from road hazard such as cuts, snags, bruises, bulges, puncture, and impact breaks
- tire damage due to under or over inflation, tire chain use, racing, spinning (as when stuck in snow or mud), improper mounting or dis-mounting, or tire repair
- tire vibration or ride harshness and uneven or rapid tire wear. However, limited coverage for these conditions will be provided for the first 12 months in service or 12,000 miles, whichever occurs first, even though caused by maintenance and wear items such as wheel alignment or tire balancing. This limitation for ride harshness and uneven or rapid tire wear does not apply to tire replacement on the New Style F-150 Truck. (Note: the 12 month/12,000 mile, whichever occurs first, limitation does apply to the F-150 Heritage Truck.)

## Other Items or Conditions Not Covered

The New Vehicle Limited Warranty does not cover:

- vehicles that have had the odometer disconnected, altered, or inoperative for an extended period of time with the result that the actual mileage cannot be determined
- vehicles that have ever been labeled or branded as "dismantled", "fire", "flood", "junk", "rebuilt", "reconstructed", or "salvaged"; this will void the New Vehicle Limited Warranty
- vehicles that have been determined to be a "total loss" by an insurance company; this will void the New Vehicle Limited Warranty
- any Ford or Mercury vehicles (except Excursion modified by a Qualified Vehicle Modifier using the XLT package with a 6.8L engine and 4:30 axle (XC3) that are converted to limousines. This will void the New Vehicle Limited Warranty. See additional information about authorized Excursion modification on page 28
- converted ambulances that are not equipped with the Ford Ambulance Prep Package, see important information about ambulance conversions (page 28)

9

## 4. In addition ...

### ROADSIDE SERVICE ASSISTANCE (UNITED STATES, PUERTO RICO, AND U.S. VIRGIN ISLANDS)

Your vehicle is covered by the complimentary Ford Roadside Assistance Program (unless you are driving a daily rental unit). Under this program Ford will cover:

- towing to the nearest Ford Motor Company dealership, or towing to your selling dealership if within 35 miles
- flat tire change
- fuel delivery
- jump starts
- lock-out assistance

The Roadside Assistance Program is separate from the New Vehicle Limited Warranty, but the Program's time period runs concurrently with Bumper to Bumper Warranty Coverage (three years or 36,000 miles, whichever occurs first). If you need towing after Bumper to Bumper Coverage has ended, Ford can arrange roadside assistance and charge your credit card unless the problem is covered by another Ford warranty. Ford will pay the tow charge under the other warranty.

For emergency roadside assistance, call **1-800-241-3673 (FORD), 24 hours a day, 365 days a year.**

For daily rental units that must be towed because a covered part has failed during the Bumper to Bumper Warranty period, Ford will cover towing to the nearest Ford Motor Company dealership.

### Excursion Limousine Limited Warranty

If you have purchased or leased a 2004-Model Ford Excursion Truck equipped with the 800A Limousine Builder's Package converted into a limousine or professional funeral car by a qualified vehicle modifier, your Ford Excursion is eligible for the Ford Excursion Truck Limousine Limited Warranty Coverage for three years or 100,000 miles (whichever occurs first) on certain major components. This coverage begins on the Warranty Start Date and is in addition to the New Vehicle Limited Warranty. Refer to the warranty Addendum Card that was given to you when you took delivery of your 2004-model Ford Excursion Truck Limousine for details of the Ford Excursion Limousine Limited Warranty.

See page 28 for additional details about the 800A Limousine Builder's Package.

**10**

## 5. Federal requirements for emissions warranties

**QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE**

This chart shows your warranty coverage under two emissions warranties that Ford Motor Company provides, in compliance with Federal requirements. The warranties are:

- Emissions Defect Warranty
- Emissions Performance Warranty

**Emissions Warranties for Your Vehicle**

| TYPE OF COVERAGE | YEARS IN SERVICE/MILES DRIVEN |
|---|---|
| **EMISSIONS DEFECTS WARRANTY** | |
| Passenger Cars & Light Duty Trucks | 3/36,000 |
| Certified Heavy Duty Engines | 5/50,000 |
| Certain Emissions Parts* | 8/80,000 |
| **EMISSIONS PERFORMANCE WARRANTY** | |
| Emissions Related Parts | 2/24,000 |
| Certain Emissions Parts* | 8/80,000 |

\* Catalytic converters, electronic emissions control unit, onboard emissions diagnostic device, and NVG module (Bi-fuel/CNG) for passenger cars and light duty trucks only (required 8 years/80,000 mile coverage per the Clean Air Act)

For full details on emissions control coverage, see:

➡ **Emissions Defect Warranty** (page 12)
➡ **Emissions Performance Warranty** (pages 12-13)
➡ **What is Covered?** (pages 13-14)
➡ **What is Not Covered?** (page 14)

11

## EMISSIONS DEFECT WARRANTY COVERAGE

Under the Emissions Defect Warranty, Ford Motor Company provides coverage for 3 years or 36,000 miles (whichever occurs first). This is an extension of the federal requirement that calls for coverage of 2 years/24,000 miles (whichever occurs first) for passenger car and light duty trucks. Certified heavy duty engines (vehicles with a GVWR over 8,500 pounds) are provided coverage for 5 years or 50,000 miles (whichever occurs first).

During this coverage period, Ford Motor Company warrants that:
• your vehicle or engine is designed, built, and equipped to meet - at the time it is sold - the emissions regulations of the U.S. EPA.
• your vehicle or engine is free from defects in factory-supplied materials or workmanship that could prevent it from conforming with applicable EPA regulations.
• you will not be charged for repair, replacement, or adjustment of defective emissions-related parts listed under **What is Covered?** on pages 13-14.

Under the Emissions Defect Warranty for passenger cars and light duty trucks (vehicles with a GVWR of 8,500 pounds or less), Ford Motor Company also provides coverage, including labor and diagnosis, for 8 years or 80,000 miles (whichever occurs first) for these emissions parts:
• catalytic converter
• electronic emissions control unit (PCM)
• onboard emissions diagnostic device
• NVG module (Bi-fuel/CNG)

## EMISSIONS PERFORMANCE WARRANTY COVERAGE

If your vehicle is registered in a state where the state or local government has an EPA-approved inspection and maintenance program, you may also be eligible for Emissions Performance Warranty Coverage for 2 years or 24,000 miles (whichever occurs first), if you meet the conditions listed below in this section.

Under the Emissions Performance Warranty for passenger cars and light duty trucks, Ford Motor Company also provides coverage, including labor and diagnosis, for 8 years or 80,000 miles (whichever occurs first) for the following emissions parts, if you meet the conditions listed below in this section.
• catalytic converter
• electronic emissions control unit (PCM)
• onboard emissions diagnostic device
• NVG module (Bi-fuel/CNG)

12

Under Emissions Performance Warranty Coverage, Ford Motor Company will repair, replace, or adjust - with no charge for labor, diagnosis, or parts - any emissions control device or system, if you meet all these conditions:

- You have maintained and operated your vehicle according to the instructions on proper care in the **Owner Guide**, the **Scheduled Maintenance Guide**, and this booklet.
- Your vehicle fails to conform, during the warranty coverage period of 2 years or 24,000 miles (whichever occurs first), to the applicable national EPA standards.
- You are subject to a penalty or sanction under local, state, or federal law because your vehicle has failed to conform to the emissions standards. (A penalty or sanction can include being denied the right to use your vehicle.)
- Your vehicle has not been tampered with, misused, or abused.

The Emissions Performance Warranty will not apply to your vehicle if:

- the vehicle is tested at high altitude, but is certified to meet standards only at sea level.
- the diagnosis shows your vehicle will pass the applicable state or local government test using test procedures and standards set by the EPA.

Note that the warranty period begins on the **Warranty Start Date** as specified on page 2 of this booklet.

## WHAT IS COVERED?

These parts are covered by both the Emissions Defect Warranty and the Emissions Performance Warranty.

### List of Parts Covered by Emissions Warranties

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Altitude Compensation System
- Catalytic Converter
- Cold Start Enrichment System
- Cold Start Fuel Injector (1)
- Controls for Deceleration
- Electronic Ignition System
- Exhaust Pipe (Manifold to Catalyst)
- Electronic Engine Control Sensors and Switches
- Evaporative Emission Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Heat Control Valve
- Exhaust Manifold

**13**

- Fuel Filler Cap and Neck Restrictor
- Fuel Injection System
- Fuel Injector Supply Manifold
- Fuel Sensor (1)
- Fuel Tank (non diesel only)
- Fuel Tank Pressure Control Valve (1)
- Idle Air Bypass Valve
- Ignition Coil and/or Control Module
- Intake Manifold
- Intercooler Assembly - Engine Charger
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV System and Oil Filler Cap
- Powertrain Control Module
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Synchronizer Assembly
- Throttle Body Assembly (MFI)
- Turbocharger Assembly
- NVG module (Bi-fuel/CNG)
- (1) Flex Fuel vehicle only

**Important Information About List of Parts**

Also covered by the two emissions warranties are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, non diesel fuel lines, and wiring harnesses that are used with components on the list of parts, above.

Concerning parts that should be replaced on a certain maintenance schedule: these parts remain under warranty until : (a) the first replacement time that is specified in your **Owner Guide** and the **Scheduled Maintenance Guide**; or (b) the time or mileage limits of the Federal Defect and Performance Warranties (whichever occurs first).

Your Ford Motor Company dealer maintains a complete list of parts covered by emissions warranties. For more details about the specific parts covered by the Emissions Defect Warranty, contact your dealer.

**WHAT IS NOT COVERED?**

Ford Motor Company may deny you warranty coverage if your vehicle or a part has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?**, pages 7-9.

14

## 6. California requirements for emissions warranties

**QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE**

This chart shows the coverage Ford Motor Company provides under the emissions control warranty to owners of vehicles certified for sale in California, (your Vehicle Emissions Control Information label will indicate certified for sale in California or conforms to California regulations) **and** registered in California, Maine, Massachusetts, New York or Vermont. This coverage is in addition to Federal Emission warranties (Page 11). There are four warranties:

- Short-Term Defects Warranty (vehicles of 14,000 lbs.* and under)
- Long-Term Defects Warranty (vehicles of 14,000 lbs.* and under)
- Defects Warranty (vehicles over 14,000 lbs.*)
- Performance Warranty

**Emissions Warranties for California Vehicles**



\*  Gross Vehicle Weight Rating
\*\* These specific parts were selected on the basis of their
    estimated replacement cost at the time the California
    Air Resources Board certified your vehicle for sale in California.
\*\*\*Diesel engine vehicles are covered for 5 years or 100,000 miles.

For full details about coverage under California requirements for emissions control, see:
➡ **Defects Warranties** (pages 16-20)
➡ **Performance Warranty** (page 16)
➡ **What Is Covered?** (pages 18-20)
➡ **What Is Not Covered?** (page 20)

15

**EXPLANATION OF CALIFORNIA EMISSIONS WARRANTIES**

**Your Warranty Rights and Obligations**

(Applicable if your vehicle is certified for sale in California **and** registered in California, Maine, Massachusetts, New York or Vermont.)

The California Air Resources Board and Ford Motor Company are pleased to explain the emission control system warranty on your 2004-model vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the State's stringent anti-smog standards. Ford must warrant the emission control system on your vehicle for the periods of time listed on pages 16-17, provided there has been no abuse, neglect, or improper maintenance of your vehicle.

Your emission control system may include parts such as the carburetor or fuel injection system, the ignition system, catalytic converter, and the engine computer. Also included may be hoses, belts, connectors, and other emissions-related assemblies.

Where a warrantable condition exists, Ford Motor Company will repair your vehicle at no cost to you including diagnosis, parts, and labor.

**Manufacturer's Warranty Coverage**

For 3 years or 50,000 miles (whichever first occurs):

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Ford to ensure that your car or light truck passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emissions-related part on your vehicle is defective, the part will be repaired or replaced by Ford. This is your short-term emission control system DEFECTS WARRANTY.

For 7 years or 70,000 miles (whichever first occurs):

If an emissions-related part listed on page 19 with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by Ford. This is your long-term emission control system DEFECTS WARRANTY.

16

If Gross Vehicle Weight rating is over 14,000 lbs.:

For 5 years or 50,000 miles (gasoline powered engines and vehicles) or 5 years or 100,000 miles (diesel powered engines and vehicles) (whichever first occurs):

If an emissions-related part on your vehicle is defective, the part will be repaired or replaced by Ford. This is your emission control system DEFECTS WARRANTY.

**Owner's Warranty Responsibilities**

As the vehicle owner, you are responsible for the performance of the required maintenance listed in your owner's manual. Ford recommends that you retain all receipts covering maintenance on your vehicle, but Ford cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a Ford Motor Company dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should be aware that Ford Motor Company may deny you warranty coverage if the vehicle or a part has failed due to abuse, neglect, improper maintenance, or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, or if you want to report what you believe to be violations of the terms of this warranty, you may contact the Ford Customer Relationship Center at 1-800-392-3673 (FORD) or the California Air Resources Board at:

    **State of California Air Resources Board**
    **Mobile Source Operations Division**
    **P.O. Box 8001**
    **El Monte, California 91731-2990**

## WHAT IS COVERED?

The parts on the following list are covered by the Defects Warranties that apply to every California 2004–model vehicle, regardless of the GVWR* of the vehicle.

\* Gross Vehicle Weight Rating

### List of Parts Covered by Defects Warranties

- Air Flow Sensor
- Air/Fuel Feedback Control System and Sensors
- Air Induction System
- Altitude Compensation System
- Catalytic Converter
- Cold Start Enrichment System
- Cold Start Fuel Injector (2)
- Controls for Deceleration
- Electronic Ignition System
- Exhaust Pipe (Manifold to Catalyst)
- Electronic Engine Control Sensors and Switches
- Evaporative Emission Control System
- Exhaust Gas Recirculation (EGR) System
- Exhaust Heat Control Valve
- Exhaust Manifold
- Fuel Filler Cap and Neck Restrictor
- Fuel Injection System (1)
- Fuel Injector Supply Manifold
- Fuel Sensor (2)
- Fuel Tank (non diesel only)
- Fuel Tank Pressure Control Valve (2)
- Idle Air Bypass Valve
- Ignition Coil and/or Control Module
- Intake Manifold (1)
- Intercooler Assembly - Engine Charger
- Malfunction Indicator Lamp (MIL)/On-Board Diagnostic (OBD) System
- PCV System and Oil Filler Cap
- Powertrain Control Module
- Secondary Air Injection System
- Spark Control Components
- Spark Plugs and Ignition Wires
- Synchronizer Assembly
- Throttle Body Assembly (MFI)
- Turbocharger Assembly
- NVG module (Bi-fuel/CNG)

(1) Coverage for diesel engines is for five years or 100,000 miles (whichever first occurs)

(2) Flex Fuel vehicle only

18

**COVERAGE FOR 2004-MODEL VEHICLES (GVWR OF 14,000 LBS. OR LESS) UNDER LONG-TERM DEFECTS WARRANTY**
**(Coverage for Up to 7 Years/70,000 Miles, Whichever First Occurs) Ford and Mercury vehicles excluding Focus.**

| Part Name | 2.0L | 2.3L | 3.0L | 3.8L | 3.9L | 4.0L | 4.2L | 4.6L | 5.4L | 6.0L | 6.8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Actuator Intake Manifold Runner | | | | | | | | | x(23) | | |
| Anti-Lock Brake (ABS) Module | | | | | x | | | | | | |
| Cam Timing Assembly | | | x | x(6) | x | | x | x(12) | x | | x |
| Camshaft Assembly (Cam timing concerns only) | | | | | | | | | | x(28) | |
| Catalytic Converter | x | x | x | x | x | x | x | x | x | x | x |
| Charge Air Cooler | | | | | | | | x(14) | x(19) | | |
| EGR Cooler Assembly | | | | | | | | | | x | |
| Electronic Instrument Cluster (MIL concerns only) | x | x | x(10) | x(6) | | x | x(6) | x(18) | x(26) | x(27) | |
| Evap. Vap. Storage Can. | | | | | x | | | | | | |
| Exhaust Manifold - Left | | | x(1) | | | | | x(13) | x(20) | x(28) | x |
| Exhaust Manifold - Right | | | x(1) | | | | | x(13) | x(20) | x(28) | x |
| Flex Fuel Composition Sensor & Bracket Assembly | | | x(2) | | | | | | | | |
| Fuel Filler Kit | | x | x(3) | | | x(3) | | | x(21) | | x(21) |
| Fuel Injector | | | x(4) | | | | | | | | |
| Fuel Injector Fuel Supply Manifold | | | | | x | | | x(14) | x(22) | | |
| Fuel Injector Nozzle Assembly | | | | | | | | | | x | |
| Fuel Pressure Regulator | | | | | | | | x(15) | x(24) | | |
| Fuel Return & Brake Tube Assembly | | | | | | | | x(15) | | | |
| Fuel Tank | x | x | x(5) | x(7) | x | x | x(11) | x | x | | x |
| Fuel Tank Filler Pipe | | | | | | | | x(15) | x(24) | | |
| Fuel Tank Fuel Flange Assembly | | | | | | | | x(15) | | | |
| Fuel Tank Sender & Pump Assembly | | | | | | | x(11) | x(16) | x(8) | | x(21) |
| High Pressure Fuel Line | | | | | | | | | x(24) | | |
| Injector Driver Module | | | | | | | | | | x | |
| Intake Manifold | | | | x | x | | x | x(17) | x | | x |
| Intake Manifold Runner Control | | | | | | | | x(14) | | | |
| NGV Module | | | | | | | | | x | | |
| Solenoid Body Assembly | | | | | | | | | x(25) | x | x(25) |
| Supercharger | | | | | | | | x | x | | |
| Timing Chain Cassette | | | | | | x | | | | | |
| Turbine Shaft Speed Sensor | | x | x(3) | | x(9) | | | | | | |
| Turbocharger | | | | | | | | | | x | |
| Valve Rocker Cover | | | | | | | | | x(23) | | |

(1) Escape; (2) Taurus/Sable FFV; (3) Ranger; (4) Taurus/Sable non-FFV; (5) Ranger and Escape; (6) Freestar/Monterey; (7) Mustang; (8) Lightning, Expedition, F-series Superduty; (9) Ranger and Explorer Sport Trac; (10) Escape and Ranger; (11) F-series; (12) Except Explorer/Mountaineer; (13) F-series, Expedition; (14) Mustang Cobra and Mach 1; (15) Crown Vic CNG; (16) Expedition, Explorer, Mountaineer, Mustang Cobra, Mustang Mach 1, F-series Heritage only; (17) Except Explorer/Mountaineer ; (18) Expedition, Explorer, Mountaineer; (19) Lightning; (20) F-Series Superduty and Expedition; (21) F-series Superduty; (22) F-series, except Lightning and Superduty; (23) F-150 (except Lightning, Bi-Fuel, NGV); (24) F-series Bi-Fuel and NGV; (25) Excursion; (26) Expedition and Lightning; (27) Except Econoline; (28) Econoline.

**Important Information about List of Parts**

Also covered by this warranty are all emissions-related bulbs, hoses, clamps, brackets, tubes, gaskets, seals, belts, connectors, non diesel fuel lines, and wiring harnesses that are used with components on the list of parts above.

Concerning parts that should be replaced on a certain maintenance schedule: these parts remain under warranty until the first required replacement time that is specified in your **Owner Guide** and the **Scheduled Maintenance Guide**.

**NOTE**: If the diagnosis does not reveal a defect, the Defects Warranty does not apply.

Your Ford Motor Company dealer maintains a complete list of covered parts. For more details about the specific parts that are covered by the Defects Warranty, contact your dealer.

**WHAT IS NOT COVERED?**

Ford Motor Company may deny you warranty coverage if your vehicle or a part has failed because of abuse, neglect, improper maintenance, unapproved modifications, or any items included in **What Is Not Covered?**, pages 7-9.

20

## 7. Additional information about your emissions warranty coverage, under Federal and California requirements

### HOW DO I GET WARRANTY SERVICE?

To get service under your emissions warranties, take your vehicle to any Ford Motor Company dealer as soon as possible after illumination of the Malfunction Indicator Light or it has failed an EPA-approved test or a California Smog Check inspection. Be sure to show the dealer the document that says your vehicle has failed the test.

Your dealer will determine whether the repair is covered by the warranty. If the dealer has a question about Emissions Performance Warranty coverage, it will forward the question to Ford Motor Company, which must make a final decision within 30 days after you bring your vehicle in for repair. (The decision will be made within a shorter time if state, local, or federal law requires you to have the vehicle repaired more quickly in order to avoid additional penalties.) The deadline for a determination about Emissions Performance Warranty Coverage does not need to be met if you request a delay, agree to a delay in writing, or if the delay is caused by an event for which neither Ford nor your dealer is responsible.

If a question about Emissions Performance Warranty coverage is referred to Ford Motor Company, you will be notified by Ford Motor Company in writing if your claim for warranty coverage is denied. The notice will explain the basis for denying your claim. If you fail to receive this notice within a timely manner, as determined above, Ford will perform the warranty repair for you free of charge.

### HOW DO I HANDLE EMERGENCY REPAIRS?

If your vehicle needs an emergency repair on emission-related parts, and a Ford Motor Company dealer is not available - so that you must have covered repairs made by someone other than a Ford Motor Company dealer - your Ford Motor Company dealer will reimburse you for the cost of repairs, including diagnosis. Be sure to obtain: (a) the parts that are replaced; and (b) a receipt for the work. Take the parts and receipt to your dealer, who will determine if the repair is covered under warranty.

You should follow the same procedure if a warranted part is not available at your Ford Motor Company dealer within 30 days from the time you first bring your vehicle to your dealer for repairs, and you must go elsewhere for repairs.

Any repair not completed within 30 days also constitutes an emergency, and any equivalent replacement part may be used in an emergency situation. Ford Motor Company will reimburse you for the repair expenses, not to exceed: (a) the manufacturer's suggested retail price for all warranted parts that are replaced; and (b) the labor charges (based on the manufacturer's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate).

## WHAT REPLACEMENT PARTS SHOULD I USE?

Ford Motor Company recommends that you use genuine Ford replacement parts. However, when you are having non-warranty work done on your vehicle, you may choose to use non-Ford parts.

If you decide to use non-Ford parts, be sure they are equivalent to Ford parts in performance, quality, and durability. If you use replacement parts that are not equivalent to Ford parts, your vehicle's emissions control systems may not work as effectively, and you may jeopardize your emissions warranty coverage.

---

**NOTE: FEDERAL WARRANTY ONLY** The maintenance, replacement, or repair of emissions control devices or systems, the cost of which is not covered by the warranties, can be performed by any automotive repair establishment or individual using non-Ford parts.

---

For vehicles within the warranty period, Ford will repair at no cost to the owner, under the Federal Emissions Warranty, covered emission failures caused by properly installed Ford parts or non-Ford parts that have been "certified" by the U.S. Environmental Protection Agency (EPA). Ford is not responsible for the cost of repairing any emission failures caused by non-Ford parts that have not been "certified" by the EPA.

22

**PROPER MAINTENANCE PRESERVES YOUR WARRANTY**

If you do not maintain your vehicle properly, Ford may have the right to deny you warranty coverage.

To have repairs made under this warranty, you may have to show that you have followed Ford's instructions on properly maintaining and using your vehicle. You will find these instructions in your **Owner Guide** and **Scheduled Maintenance Guide**. Be sure to save your service receipts and to keep accurate records of all maintenance work.

If you are not satisfied with the handling of a warranty matter, see **Customer Assistance**, on the inside front cover, and **Dispute Settlement Board**, page 26.

If you need more information about getting service under the **Federal Emissions Performance Warranty**, or if you want to report what you believe to be violations of the terms of this warranty, you may contact:

> **Manager, Certification and Compliance Division (6405J)**
> **Warranty Claims**
> **Environmental Protection Agency**
> **Ariel Rios building**
> **1200 Pennsylvania Avenue, N.W.**
> **Washington, D.C. 20460**

**23**

## 8. Noise emissions warranty

**NOISE EMISSIONS WARRANTY FOR CERTAIN LIGHT TRUCKS**

Ford Motor Company warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser that this vehicle as manufactured by Ford, was designed, built and equipped to conform at the time it left Ford's control with all applicable U.S. EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built and equipped by Ford Motor Company, and is not limited to any particular part, component or system of the vehicle as manufactured by Ford. Defects in design, assembly or in any part, component or system of the vehicle as manufactured by Ford, which, at the time it left Ford's control, caused noise emissions to exceed Federal standards, are covered by this warranty for the life of the vehicle.

**THE NOISE EMISSIONS WARRANTY OBLIGATIONS DO NOT APPLY TO:**

- loss of time, inconvenience, loss of use of the vehicle, commercial loss or, other consequential damages.
- any vehicle which is not covered by the U.S. EPA Medium and Heavy Trucks Noise Emission Standards (40 C.F.R. Part 205, Subpart B). Among the non-covered vehicles are those lacking a partially or fully enclosed operator's compartment, such as a basic stripped chassis, those having a Gross Vehicle Weight Rating of 10,000 pounds or less, and those sold outside the United States and its territories.

To the extent permitted by law, THIS WARRANTY IS EXPRESSLY INSTEAD of any express or implied warranty, condition, or guarantee, agreement, or representation, by any person with respect to conformity of this vehicle with the U.S. EPA Noise Control Regulations, including ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS.

24

## 9. Ford Extended Service Plan

**MORE PROTECTION FOR YOUR VEHICLE**

You can get more protection for your new car or light truck by purchasing a Ford Extended Service Plan (Ford ESP). Ford ESP is the only service contract backed by Ford Motor Company or Ford Motor Service Company. It provides:

- benefits during the warranty period depending on the plan you purchase (such as: reimbursement for rentals; coverage for certain maintenance and wear items); and
- protection against covered repair costs after your Bumper to Bumper Warranty expires.

You may purchase Ford ESP from any Ford Motor Company dealer or see our website at Ford-ESP.com. There are several Ford ESP plans available in various time, distance and deductible combinations. Each plan is tailored to fit your own driving needs, including reimbursement for towing and rental.

When you purchase Ford ESP, you receive peace-of-mind protection throughout the United States and Canada, provided by a network of more than 4,600 Ford Motor Company dealers.

**NOTE:** Repairs performed outside the United States and Canada are not eligible for Ford ESP coverage. (Exceptions are Federalized Territories and military customers where ESP repairs are authorized.)

This information is subject to change. Ask your dealer for complete details about Ford ESP coverage.

25

## 10. Dispute Settlement Board

**DO YOU NEED THE DISPUTE SETTLEMENT BOARD?**

Your satisfaction is important to Ford Motor Company and to your dealer. Experience has shown that our customers have been very successful in achieving satisfaction by following the three-step procedure outlined on the front page of this booklet.

However, if your warranty concern has not been resolved using the three-step procedure, you may be eligible to participate in the Dispute Settlement Board, an informal, cost-free alternative process for resolving disputes.

A warranty dispute must be submitted to the Dispute Settlement Board before taking action under the Magnuson-Moss Warranty Act, or to the extent allowed by state law, before pursuing replacement or repurchase remedies provided by certain state laws. This dispute handling procedure is not required prior to enforcing state-created rights or other rights which are independent of the Magnuson-Moss Warranty Act or state replacement or repurchase laws.

**HOW DOES THE BOARD WORK?**

The Dispute Settlement Board offers a free independent process for resolving warranty disputes. You may apply to the Board if you are an eligible owner of a Ford Motor Company vehicle in the United States.

For details, please refer to your **Owner Guide**. For a brochure/application, speak to your dealer or write to:

> **Dispute Settlement Board**
> **P.O. Box 5120**
> **Southfield, MI 48086-5120**
> **1-800-428-3718**

**NOTE:** The Dispute Settlement Board may not be available in all states. Ford Motor Company reserves the right to change eligibility limitations, modify procedures, and/or to discontinue this process at any time without notice and without obligation.

26

## 11. State warranty enforcement laws

These state laws - sometimes called "lemon laws" - allow owners to receive a replacement vehicle or a refund of the purchase price, under certain circumstances. The laws vary from state to state.

To the extent your state law allows, Ford Motor Company requires that you first send us a written notification of any defects or non-conformities that you have experienced with your vehicle. (This will give us the opportunity to make any needed repairs before you pursue the remedies provided by your state's law.)

In all other states where not specifically required by state law, Ford Motor Company requests that you give us the written notice.

Send your written notification to:

**Ford Motor Company**
**Customer Relationship Center**
**16800 Executive Plaza Drive**
**P.O. Box 6248**
**Dearborn, MI 48121**

27

## 12. Important information about ambulance conversions

Ford vehicles are suitable for producing ambulances only if equipped with the **Ford Ambulance Prep Package**. In addition, Ford urges ambulance manufacturers to follow the recommendations of the **Ford Incomplete Vehicle Manual** and the **Ford Truck Body Builders Layout Book** (and pertinent supplements).

**Using a Ford vehicle without the Ford Ambulance Prep Package to produce an ambulance could result in elevated underbody temperatures, fuel overpressurization, and the risk of fuel expulsion and fires. Such use also voids the Ford Bumper to Bumper Warranty and may void the Emissions Warranties**.

You may determine whether the vehicle is equipped with the **Ford Ambulance Prep Package** by inspecting the information plate on the driver's rear door pillar.

You may determine whether the ambulance manufacturer has followed Ford's recommendations by contacting the ambulance manufacturer of your vehicle.

## 13. Important information about limousine conversions

Ford Motor Company authorizes only those Qualified Vehicle Modifiers (QVM's) of limousines, as listed at www.certifiedlimo.com <http://www.certifiedlimo.com> to perform Ford Excursion limousine conversions using the XLT package with a 6.8L engine and 4:30 axle (XC3). In addition, the Excursion limousine must have the brake hydro-boost and tire upgrade. Only Pirelli 265/75R16 E or Goodyear 235/85R16 E tires may be used. 2004-model year and later Excursions must have the 800A Limousine Package Option. The wheelbase on Ford Excursions modified into limousines cannot exceed the maximum extension of 140 inches beyond the standard wheelbase of 277.1 inches total. In addition, the conversion fully loaded must not exceed a total Gross Vehicle Weight Rating (GVWR) of 11,000 pounds. If the Excursion limousine has not been modified by an authorized QVM and/or stretched 140 inches beyond the standard wheel base, or has a GVWR of over 11,000 pounds, then the New Vehicle Limited warranty is **voided** and any Ford Extended Service Plan (ESP) contract is voided. In addition, applicable Emissions Warranty may also be voided, and the vehicle modifier may be considered the vehicle "manufacturer" for Emissions Warranty coverage purposes (including responsibilities for Emissions Warranty, recall, and in-use compliance).

28