# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

| | |
|---|---|
| Cox House Moving, Inc., on behalf of itself and all other similarly situated, | Civil Action No.: 7:06-cv-1218-HMH |
| Plaintiff, | |
| v. | **DEFENDANT FORD MOTOR COMPANY'S NOTICE OF APPEAL** |
| Ford Motor Company, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant/Appellant Ford Motor Company ("Ford") appeals to the United States Court of Appeals for the Fourth Circuit the District Court's March 28, 2011 Order (Doc. 49) denying Ford's motion for a permanent injunction.

**(Signature page to follow.)**

1

Respectfully submitted,

April 27, 2011                By:     s/ Carmelo B. Sammataro
                                      J. Kenneth Carter, Jr. (Fed. ID# 5108)
                                      Carmelo B. Sammataro (Fed. ID# 9174)
                                      TURNER, PADGET, GRAHAM & LANEY, P.A.
                                      Post Office Box 1473
                                      Columbia, SC 29202
                                      KCarter@TurnerPadget.com
                                      SSammataro@TurnerPadget.com
                                      Phone: (803) 254-2200
                                      Fax: (803) 799-3957

                                      Of Counsel:

                                      Brian C. Anderson
                                      Scott Hammack
                                      O'MELVENY & MYERS
                                      1625 Eye Street, N.W.
                                      Washington, D.C. 20006
                                      banderson@omm.com
                                      shammack@omm.com
                                      Phone: (202) 383-5300
                                      Fax: (202) 383-5414

                                      **ATTORNEYS FOR DEFENDANT**

2